**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

In re:  D.E. TRUE SERVICES, INC.                §   Case No. 17-10352
                                                §
                                                §
                                                §
                    Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/13/2017. The undersigned trustee was appointed on 10/10/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         7,125.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4,118.34 |
| Bank service fees | 25.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 2,981.57 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/28/2018 and the deadline for filing governmental claims was 01/09/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,462.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,462.50, for a total compensation of $1,462.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $132.40 for total expenses of $132.40[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2020                                        By: /s/ Mark T. Miller
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| | |
|---|---|
| Case No.: 17-10352 | Trustee Name: (370500) Mark T. Miller |
| Case Name: D.E. TRUE SERVICES, INC. | Date Filed (f) or Converted (c): 07/13/2017 (f) |
| | § 341(a) Meeting Date: 12/04/2017 |
| For Period Ending: 08/21/2020 | Claims Bar Date: 02/28/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Account at PNC Bank, xxxxxx8224 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Other inventory or supplies: 100 gallons of Industrial Pain (out of date), Net Book Value: $0.00 | 0.00 | 0.00 | | 4,030.00 | FA |
| 3 | Monitors. | 50.00 | 50.00 | | 0.00 | FA |
| 4 | Desktop Computer. | 50.00 | 50.00 | | 0.00 | FA |
| 5 | 1999 Jeep Grand Cherokee. | 1,825.00 | 1,900.00 | | 190.00 | FA |
| 6 | 1991 Ford Pickup. | 3,222.00 | 600.00 | | 600.00 | FA |
| 7 | 1984 Ford F600. | 2,571.00 | 450.00 | | 450.00 | FA |
| 8 | Trailer. | 1,000.00 | 900.00 | | 0.00 | FA |
| 9 | Air Compressors. | 1,500.00 | 1,500.00 | | 195.00 | FA |
| 10 | Sand Hopper (2). | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11 | Pressure Washer (2). | 2,000.00 | 2,000.00 | | 110.00 | FA |
| 12 | Safe Equipment, welder, Sand blasters, blast hood. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 13 | CO Montiors. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 14 | Compressor. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 15 | Graco Pump. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16 | Sulliar Compressor. | 15,000.00 | 500.00 | | 500.00 | FA |
| 17 | Shop equipment. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 18 | Resperator. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 19 | Generator. | 500.00 | 500.00 | | 0.00 | FA |
| 20 | Scientific Montior. | 800.00 | 800.00 | | 0.00 | FA |
| 21 | BLACK OPEN PULL 12' TANDEM TRAILER WITH LANDA PRESSURE WASHER (u) | 0.00 | 0.00 | | 500.00 | FA |
| 22 | 1984 JAGUAR XJS (u) | 0.00 | 0.00 | | 250.00 | FA |
| 23 | 1985 FORD FLATBED TRUCK (u) | 0.00 | 0.00 | | 100.00 | FA |
| 24 | 1981 FORDD F701 (u) | 0.00 | 0.00 | | 200.00 | FA |
| 24 | **Assets Totals (Excluding unknown values)** | **$49,518.00** | **$30,250.00** | | **$7,125.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 17-10352  
**Case Name:** D.E. TRUE SERVICES, INC.

**For Period Ending:** 08/21/2020

**Trustee Name:** (370500) Mark T. Miller  
**Date Filed (f) or Converted (c):** 07/13/2017 (f)  
**§ 341(a) Meeting Date:** 12/04/2017  
**Claims Bar Date:** 02/28/2018

**Major Activities Affecting Case Closing:**

02/15/2020 TRUSTEE TO REVIEW CLAIMS AND PREPARE TFR.

03/29/2018 REPORT OF SALE FILED WITH COURT.

08/04/2018 AUCTION HELD BY BILL T. MCCONNELL, AUCTIONEER.

08/01/2018 ORDER ON APPLICATION TO EMPLOY ENTERED BY COURT.

07/13/2018 MOTION-AFFIDAVIT & PROPOSED ORDER TO APPOINT BILL T. MCCONNELL AUCTIONEER TO AUCTION VEHICLES; OFFICE EQUIPMENT, ETC.  LAST DATE TO FILE OBJECTIONS IS 7/24/2018.

07/12/2018 NOTICE OF INTENT TO SELL VARIOUS VEHICLES; OFFICE EQUIPMENT, ETC AT PUBLIC AUCTION FILED WITH COURT. AUCTION TO BE HELD ON 8/4/2018 LOCATED AT 8804 MEAD SPRINGER ROAD, ASHLAND, KY.  LAST DATE TO FILE OBJECTIONS IS 8/2/2018.

03/20/2018 TRUSTEE INSPECTED PROPERTY WITH AUCTIONEER.  AUCTION TO BE SET.

01/22/2018 §341 MEETING HELD.

01/19/2018 §341 MOC RESCHEDULED FROM 1/22/2018 TO 2/5/2018 DUE TO POSSIBLE GOVERNMENT SHUTDOWN.

11/30/2017 NOTICE OF SUFFICIENT ASSETS FILED WITH COURT. CLAIMS BAR DATE IS 2/28/2018.

**Initial Projected Date Of Final Report (TFR):** 05/31/2018     **Current Projected Date Of Final Report (TFR):** 10/02/2020

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 17-10352 | Trustee Name: | Mark T. Miller (370500) |
|---|---|---|---|
| Case Name: | D.E. TRUE SERVICES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6499 | Account #: | ******7100 Checking |
| For Period Ending: | 08/21/2020 | Blanket Bond (per case limit): | $6,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/23/19 | | BILL T MCCONNELL AUCTIONEER | SALE PROCEEDS FROM AUCTION | | 7,125.00 | | 7,125.00 |
| | {6} | | SALE PROCEEDS $600.00 | 1129-000 | | | |
| | {5} | | SALE PROCEEDS $190.00 | 1129-000 | | | |
| | {7} | | SALE PROCEEDS $450.00 | 1129-000 | | | |
| | {16} | | SALE PROCEEDS $500.00 | 1129-000 | | | |
| | {11} | | SALE PROCEEDS $110.00 | 1129-000 | | | |
| | {9} | | SALE PROCEEDS $195.00 | 1129-000 | | | |
| | {21} | | SALE PROCEEDS $500.00 | 1229-000 | | | |
| | {22} | | SALE PROCEEDS $250.00 | 1229-000 | | | |
| | {23} | | SALE PROCEEDS $100.00 | 1229-000 | | | |
| | {24} | | SALE PROCEEDS $200.00 | 1229-000 | | | |
| | {2} | | SALE PROCEEDS $4,030.00 | 1129-000 | | | |
| 11/15/19 | 101 | Bill T. McConnell | AUCTIONEER FEE | | | 712.50 | 6,412.50 |
| | | Bill T. McConnell | AUCTIONEER FEE FOR SELLING VEHICLES $350.00 | 3610-000 | | | |
| | | Bill T. McConnell | AUCTIONEER FEE FOR SELLING REMAINING ITEMS (NON VEHICLES) $362.50 | 3610-000 | | | |
| 11/15/19 | 102 | Bill T. McConnell | AUCTIONEER EXPENSES | | | 3,405.84 | 3,006.66 |
| | | Bill T. McConnell | VEHICLE TAXES DUE & OWING $150.59 | 3620-000 | | | |
| | | Bill T. McConnell | PRORATED EXPENSES TO SELL VEHICLES $1,598.98 | 3620-000 | | | |
| | | Bill T. McConnell | PRORATED EXPENSES TO SELL ALL REMAINING ITEMS (NON VEHICLES) $1,656.27 | 3620-000 | | | |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,001.66 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,996.66 |
| | | | | **Page Subtotals:** | **$7,125.00** | **$4,128.34** | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

**Form 2**  **Exhibit B**

## Cash Receipts And Disbursements Record

Page: 2

| **Case No.:** | 17-10352 | **Trustee Name:** | Mark T. Miller (370500) |
|---|---|---|---|
| **Case Name:** | D.E. TRUE SERVICES, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6499 | **Account #:** | ******7100 Checking |
| **For Period Ending:** | 08/21/2020 | **Blanket Bond (per case limit):** | $6,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,991.66 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.09 | 2,986.57 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,981.57 |
| | | | **COLUMN TOTALS** | | 7,125.00 | 4,143.43 | $2,981.57 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,125.00 | 4,143.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,125.00** | **$4,143.43** | |

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 17-10352 | **Trustee Name:** | Mark T. Miller (370500) |
| **Case Name:** | D.E. TRUE SERVICES, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6499 | **Account #:** | ******7100 Checking |
| **For Period Ending:** | 08/21/2020 | **Blanket Bond (per case limit):** | $6,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7100 Checking | $7,125.00 | $4,143.43 | $2,981.57 |
| | **$7,125.00** | **$4,143.43** | **$2,981.57** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case: 17-10352**                    **D.E. TRUE SERVICES, INC.**

Claims Bar Date: 02/28/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3-2 | PNC BANK, NA<br>245 NORTH ROSE, MAILSTOP Z1-YC77-03-3<br>KALAMAZOO, MI 49007<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 210 | Secured<br>12/14/17 | | $144,456.31<br>$292,976.31 | $0.00 | $292,976.31 |
| BTM EXP | Bill T. McConnell<br>1833 Main Street<br>Paris, KY 40361-1108<br><3620-000 Auctioneer/Liquidator for Trustee Expenses><br>, 200<br>AUCTIONEER EXPENSES | Administrative<br>11/15/19 | | $0.00<br>$3,405.84 | $3,405.84 | $0.00 |
| BTM FEE | Bill T. McConnell<br>1833 Main Street<br>Paris, KY 40361-1108<br><3610-000 Auctioneer/Liquidator for Trustee Fees><br>, 200<br>AUCTIONEER FEE FOR SELLING DEBTORS' PROPERTY | Administrative<br>11/15/19 | | $0.00<br>$712.50 | $712.50 | $0.00 |
| FEE | Mark T. Miller<br>CH. 7 BANKRUPTCY TRUSTEE<br>300 1/2 WEST MAPLE STREE<br>NICHOLASVILLE, KY 40356<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/22/20 | | $1,462.50<br>$1,462.50 | $0.00 | $1,462.50 |
| TE | Mark T. Miller<br>CH. 7 BANKRUPTCY TRUSTEE<br>300 1/2 WEST MAPLE STREE<br>NICHOLASVILLE, KY 40356<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/22/20 | | $132.40<br>$132.40 | $0.00 | $132.40 |
| 2 | OHIO BUREAU OF WORKERS' COMPENSATION<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>09/19/17 | | $448.07<br>$448.07 | $0.00 | $448.07 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 17-10352  **D.E. TRUE SERVICES, INC.**

Claims Bar Date: 02/28/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6P | IUPAT INDUSTRY PENSION FUND C/O DAWN M. COSTA/JENNINGS SIGMOND, P.C.<br>1835 MARKET STREET, SUITE 2800<br>PHILADELPHIA, PA 19103<br><5400-000 Contributions to Employee Benefit Plans - § 507(a)(5)><br>, 210 | Priority<br>02/28/18 | | $30,363.40<br>$529.56 | $0.00 | $529.56 |
| 1 | KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANC<br>PO BOX 5222<br>FRANKFORT, KY 40602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/19/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 4 | POWER COATINGS INC<br>PO BOX 245<br>100 PICKENS RD<br>NITRO, WV 25143<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/18/17 | | $5,167.35<br>$5,167.35 | $0.00 | $5,167.35 |
| 5 | IUPAT INDUSTRY PENSION FUND C/O DAWN M. COSTA/JENNINGS SIGMOND, P.C.<br>1835 MARKET STREET, SUITE 2800<br>PHILADELPHIA, PA 19103<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/21/18 | | $6,973.95<br>$6,973.95 | $0.00 | $6,973.95 |
| 6U | IUPAT INDUSTRY PENSION FUND C/O DAWN M. COSTA/JENNINGS SIGMOND, P.C.<br>1835 MARKET STREET, SUITE 2800<br>PHILADELPHIA, PA 19103<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/28/18 | | $328,616.60<br>$328,616.60 | $0.00 | $328,616.60 |

Page: 3

## Exhibit C

## Analysis of Claims Register

**Case: 17-10352**                                    **D.E. TRUE SERVICES, INC.**

Claims Bar Date: 02/28/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | PRICHARD LAWNCARE INC<br>PO BOX 5234<br>ASHLAND, KY 41105<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>06/13/18 | | $225.00<br>$225.00 | $0.00 | $225.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Case Total: | $4,118.34 | $636,531.74 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-10352
Case Name: D.E. TRUE SERVICES, INC.
Trustee Name: Mark T. Miller

**Balance on hand:** $ 2,981.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3-2 | PNC BANK, NA | 144,456.31 | 292,976.31 | 0.00 | 857.11 |

Total to be paid to secured creditors: $ 857.11
Remaining balance: $ 2,124.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mark T. Miller | 1,462.50 | 0.00 | 1,462.50 |
| Trustee, Expenses - Mark T. Miller | 132.40 | 0.00 | 132.40 |
| Auctioneer Fees - Bill T. McConnell | 712.50 | 712.50 | 0.00 |
| Auctioneer Expenses - Bill T. McConnell | 3,405.84 | 3,405.84 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 1,594.90
Remaining balance: $ 529.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 529.56

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $977.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | OHIO BUREAU OF WORKERS' COMPENSATION | 448.07 | 0.00 | 0.00 |
| 6P | IUPAT INDUSTRY PENSION FUND C/O DAWN M. COSTA/JENNINGS SIGMOND, P.C. | 529.56 | 0.00 | 529.56 |
| | Total to be paid for priority claims: | | $ | 529.56 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $340,757.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANC | 0.00 | 0.00 | 0.00 |
| 4 | POWER COATINGS INC | 5,167.35 | 0.00 | 0.00 |
| 5 | IUPAT INDUSTRY PENSION FUND C/O DAWN M. COSTA/JENNINGS SIGMOND, P.C. | 6,973.95 | 0.00 | 0.00 |
| 6U | IUPAT INDUSTRY PENSION FUND C/O DAWN M. COSTA/JENNINGS SIGMOND, P.C. | 328,616.60 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $225.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | PRICHARD LAWNCARE INC | 225.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**